


**POWER CONSTRUCTORS, INC.**
ENERGY DESIGN-BUILD

2934 GOLD PAN COURT
SUITE 4
RANCHO CORDOVA, CA 95670 USA

**PHONE** 916-858-8601
**FAX** 916-858-8673

September 24, 2013

Clarence Suppes
Sunflower Electric Power Corporation
2300 Broadway, P.O. Box 170
Great Bend, Kansas 67530

Subject: 126376 – Barber to Flat Ridge Transmission Line Replacement – Contract HLY 007-6239 (08/06/2013) – Recommendations to Restart Site Activities

Dear Clarence:

Subsequent to the incident on August 29th, 2013 involving POWER's subcontractor, Track Utilities, LLC, we are recommending the following actions to enable the restart of the project site activities.

1. General review of the project safety plan
2. Commercial recommendations
   a. Terminate Track Utilities' agreement with POWER under the Termination for Convenience clause;
   b. Prepare a revised Request for Proposal (RFP) and engage a new subcontractor;
   c. Based on the subcontractor price, prepare a change order reflecting the increased price;
3. Prepare an amendment to the POWER-Sunflower contract revising the project schedule.

**Project Safety:**

POWER will review the project safety plan and work with our project team as well as the incoming subcontractor to address that safety expectations for this project are understood.

**Commercial Recommendations:**

POWER will provide written notice to Track exercising our right to terminate their contract for convenience and without cause. The termination of the POWER / Track Agreement will take effect upon ten (10) day's written notice. Track will be directed to assemble their related documented costs and submit a final invoice to POWER. Under the Agreement, Track will be compensated for:

PLAINTIFF'S EXHIBIT B

**POWER CONSTRUCTORS, INC.**
ENERGY DESIGN-BUILD

Mid-Kansas
September 24, 2013
Page 2

1. All Work executed and for proven loss, cost or expense in connection with the Work;
2. The reasonable costs and expenses attributable to such termination, including amounts due in settlement of terminated contracts with Sub-Subcontractors; and
3. Overhead and profit in the amount of ten percent (10%) on the sum of items 1. and 2. above.

POWER will contact the next two lowest bidders from the previous RFP, System 3 and PAR, to negotiate an acceptable scope and budget to complete the project. (Please recall that the owner of System 3, Mr. Joel Leineke was employed by Power Constructors in the capacity of Business Unit Director up until April of 2012. We assume you have no problem with our contracting with System 3 given this past relationship). A revised RFP will be provided to the two bidders detailing the work scope that has been completed and the remaining work to be completed.

**Resulting Schedule Implications**

Below we have provided our projections for the revised milestones and completion of the project. Optimistically we will strive to achieve full mobilization prior to the November 4, 2013 milestone listed below. Actual completion will be dependent upon sub-contractor resources, weather and outage constraints.

**Milestones**

October 4, 2013 - Issue revised RFP to System 3 & PAR
October 15, 2013 – Responses Due
October 18, 2013 – Recommendation to Award
November 4, 2013 - Mobilization

**Outage Schedule**

| Structures | Distance | | Outage Duration | Outage Start | Outage Complete |
|---|---|---|---|---|---|
| BA-FR 002 to BA-FR 042 | 4.75 | Miles | 5 weeks | 11/18/2013 | 12/23/2013 |
| BA-FR 043 to BA-FR 078 | 4 | Miles | | | |
| BA-RR 160 to BA-RR 114 | 5 | Miles | 4 weeks | 1/2/2014 | 1/31/2014 |
| River Road to Sawyer | 6.5 | Miles | 5 weeks | 2/3/2014 | 3/10/2014 |

PLAINTIFF'S EXHIBIT B

**POWER CONSTRUCTORS, INC.**
**ENERGY DESIGN-BUILD**

Mid-Kansas
September 24, 2013
Page 3

| BA-RR 113 to BA-RR 073 | 5 | Miles | | | |
|---|---|---|---|---|---|
| BA-RR 072 to BA-RR 037 | 4.5 | Miles | 11 | weeks | 3/12/2014 | 5/31/2014 |
| BA-RR 036 to BA-RR 003 | 4.5 | Miles | | | |

The above schedule is aggressive and accounts for shutting the project down from December 24, 2013 through January 1, 2014. The reason for the aggressive approach is due to project outage constraints during the warmer summer season from early June through the middle of September, 2014. In the event the May 31, 2014 completion date is unachievable due to inclement weather or other unforeseen project variables, the project would be shut down during the summer season and completion would be in the fall / winter of 2014.

**SUMMARY**

Upon review of our recommendations POWER is looking for Sunflower approval and concurrence prior to final implementation of each of the above activities. Please review and grant your approval for POWER to move forward with our plan to restart work.

Should you have any questions please feel free to call me at your earliest convenience at (406) 670-9488 or tostermeier@powereng.com to discuss this matter.

Sincerely,

Tim Ostermeier
Senior Vice President

Cc: Larry Sevy – POWER


PLAINTIFF'S EXHIBIT B